UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

LEONARD JOHNSON, Jr.,

    Plaintiff,

v.

STATE OF CALIFORNIA, et. al.,

    Defendants.

Case No.  16-cv-0469-NJV (PR)

**ORDER**

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983.  The court dismissed the amended complaint with leave to amend and is awaiting a second amended complaint.  (Doc. 8.)  Plaintiff has filed a letter indicating he wishes to voluntarily dismiss the case and seeks a refund of the filing fee.  Plaintiff's request for a refund is denied.  If plaintiff still wishes to proceed with this case he must file a second amended complaint within **twenty-one (21) days** of service of this order.  Failure to file a second amended complaint will result in the dismissal without prejudice of this case.

    **IT IS SO ORDERED.**

Dated: August 2, 2016

                                                                              _____
NANDOR J. VADAS
United States Magistrate Judge